**WO**                                                                                    MDR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Forrest Dunbar, ) | No. CV 07-8102-PCT-SMM (MHB) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| State of Arizona, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

On October 18, 2007, Petitioner Forrest Dunbar, who is confined in the Arizona State Prison Complex in Yuma, Arizona, filed a Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. #1) and an Application to Proceed *In Forma Pauperis.*

**I.     Application to Proceed *In Forma Pauperis***

Local Rule of Civil Procedure 3.5(b) requires payment of the $5.00 filing fee[1] if a petitioner has more than $25.00 in his inmate account.  Here, Petitioner's Application to Proceed indicates that he has $34.75 in his inmate account.  Accordingly, the Application to Proceed will be denied, and Petitioner will be given **30 days to pay** the $5.00 filing fee.  If Petitioner fails to pay the $5.00 filing fee within 30 days, the Petition for a Writ of Habeas Corpus will be dismissed.

**II.    Warnings**

**A.     Address Changes**

---

[1]The $5.00 filing fee is set pursuant to 28 U.S.C. § 1914(a).

JDDL

1    Petitioner must file and serve a notice of a change of address in accordance with Rule

2  83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other

3  relief with a notice of change of address.  Failure to comply may result in dismissal of this

4  action.

5    **B.    Copies**

6    Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv

7  5.4.  Failure to comply may result in the filing being stricken without further notice to

8  Petitioner.

9    **C.    Possible Dismissal**

10    If Petitioner fails to timely comply with every provision of this Order, including these

11  warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet,

12  963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to

13  comply with any order of the Court).

14  **IT IS HEREBY ORDERED**:

15    1)    Petitioner's Application To Proceed *In Forma Pauperis*, filed with the Petition,

16  is **DENIED**.

17    2)    Petitioner has 30 days from the date of filing of this Order to pay the $5.00

18  filing fee.

19    3)    The Clerk of Court **must** enter a judgment of **dismissal** of this action without

20  prejudice, without further notice to Petitioner, if Petitioner fails to pay the $5.00 filing fee

21  within 30 days from the date of filing of this Order.

22    DATED this 24th day of October, 2007.

23

24

25    _____
     Stephen M. McNamee

26    United States District Judge

27

28

**JDDL**                                         - 2 -