WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FORREST DUNBAR, ) | |
| ) | |
| Petitioner, ) | CIV 07-8102- PCT- SMM (MEA) |
| ) | |
| v. ) | ORDER |
| ) | |
| ARIZONA ATTORNEY GENERAL, ) | |
| DORA B. SCHRIRO, J. STERN, ) | |
| ) | |
| Respondents. ) | |
| ) | |

It appearing to the Court that Plaintiff's emergency motion seeking, *inter alia*, injunctive relief and a temporary restraining order [Docket No. 23], is now ready for the Court's consideration,

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn as to that portion of Plaintiff's emergency motion at Docket No. 23 seeking injunctive relief and a temporary restraining order.

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 22nd day of April, 2008.

_____
Stephen M. McNamee
United States District Judge