**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FORREST DUNBAR,               )<br>                               )<br>          Petitioner,          )<br>                               )<br>     v.                        )<br>                               )<br>ARIZONA ATTORNEY GENERAL,      )<br>DORA B. SCHRIRO, J. STERN,     )<br>                               )<br>          Respondents.         )<br>_____) | CIV 07-8102 PCT SMM (MEA)<br><br>ORDER |

It appearing to the Court that Petitioner's motion [Docket No. 28] seeking his release from custody is now ready for the Court's consideration,

**IT IS ORDERED that** the reference of this case to the magistrate judge is withdrawn as to Petitioner's motion [Docket No. 28] seeking his release from custody.

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

**DATED this 3rd day of June, 2008.**

Stephen M. McNamee
United States District Judge