**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Forrest Dunbar, ) | No. CV 07-8102-PCT-SMM (MEA) |
| Petitioner, ) | **ORDER** |
| vs. ) |  |
| Dora Schriro, et al., ) |  |
| Respondents. ) |  |

Pending before the Court is *pro se* Plaintiff's prisoner civil rights complaint (Doc.1), filed by Christopher A. Valdez. The case was referred to Magistrate Judge Mark E. Aspey. On October 18, 2007, Petitioner filed a *pro se* petition seeking a writ of habeas corpus pursuant to 42 U.S.C. § 2254. Respondents filed an Answer[1] to Petition for Writ of Habeas Corpus ("Answer") (Docket No. 19) on March 20, 2008. On May 23, 2008, Magistrate Judge Aspey filed a Report and Recommendation on the matter. To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,

---

[1] Respondents contend some of Petitioner's claims for habeas relief were not timely filed and that all of Petitioner's claims were procedurally defaulted in the state courts.

923 F.2d 1391, 1394 (9th Cir. 1991).  Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.  Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth herein,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Mark E. Aspey (Doc. 30).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case accordingly.

DATED this 17th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge